IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 4 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00626-ZLW

JOHN LEMONS,

      Plaintiff,

v.

K.C., MO. POLICE DEPARTMENT BOARD OF COMMISSIONERS, et al.,
DET. REED,
DET. LEWIS, RAMONA,
TACO BELL IN COUNTY OF CLAY, MO.,
SHERIFF DEPARTMENT COUNTY OF CLAY, and
TWO UNKNOWN DET. WHO TRIED TO MAKE ME SIGN THE THREE YEAR PLEA
BARGAIN . . . . FROM THE D.C. MO POLICE DEPARTMENT,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This action was dismissed on May 17, 2005. The United States Court of Appeals for the Tenth Circuit dismissed the appeal on January 4, 2006. Therefore the motion for change of venue Plaintiff submitted to and filed by the Court on May 2, 2006, is DENIED as moot.

Dated: May 4, 2006

Copies of this Minute Order mailed on May 4, 2006, to the following:

John Lemons
1032 Burwell St. Apt. 3
Bremerton, WA 98337

                                                  Secretary/Deputy Clerk